FILED
Mar 07 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ RC  DEPUTY

SEALED

ORDERED UNSEALED on 06/05/2024   s/ AnthonyH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>GUADALUPE MOLINA-FLORES (1),<br>    aka "Lupe,"<br>STEPHANIE JOANN HERNANDEZ (2),<br>    aka "JoJo,"<br>EMMANUEL BECERRA (3),<br>    aka "E-Man,"<br>JEREMY CLAYTON HARRIS, SR. (4),<br>JACK DANIEL MYERS (5),<br>CORY GERSHEN (6),<br><br>           Defendants. | Case No. '24 CR0456 CAB<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841, 846 – Conspiracy to Distribute Methamphetamine, Fentanyl and Heroin; Title 21, U.S.C., Secs. 841(a)(1) – Possession with Intent to Distribute Methamphetamine; Title 18, U.S.C., Sec., 922(g)(1) – Felon in Possession of Ammunition; Title 18, U.S.C., Sec. 924(c)(1)(A)(i) – Using, Carrying or Possession a Firearm in Commission of a Drug Trafficking Crime; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924, and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning on a date unknown and continuing up to and including the June 30, 2021, within the Southern District of California and elsewhere, defendants GUADALUPE MOLINA-FLORES, aka "Lupe," STEPHANIE JOANN HERNANDEZ, aka "JoJo," EMMANUEL BECERRA, aka "E-Man," JEREMY CLAYTON HARRIS, SR., JACK DANIEL MYERS, and CORY GERSHEN, did knowingly and

PKM:cms:San Diego:3/6/24

intentionally conspire with each other and with other persons known and unknown to the grand jury, to distribute 50 grams and more of methamphetamine, a Schedule II Controlled Substance; a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 2

On or about April 8, 2021, within the Southern District of California, defendant EMMANUEL BECERRA, aka "E-Man," did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 3

On or about April 8, 2021, within the Southern District of California, defendant EMMANUEL BECERRA, aka "E-Man," knowingly used and carried a firearm, namely, a Mossberg Maverick Arms 12-gauge shotgun (Serial # MV5209070), during and in relation to, and possessed that firearm in furtherance of, a drug trafficking crime, namely, conspiracy to distribute a methamphetamine, fentanyl and heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as charged in Count 1 of this Indictment, and possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 2 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

2

Count 4

On or about June 30, 2021, within the Southern District of California, defendant GUADALUPE MOLINA-FLORES, aka "Lupe," did knowingly and intentionally possess, with intent to distribute, 50 grams and more of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 5

On or about June 30, 2021, within the Southern District of California, defendant GUADALUPE MOLINA-FLORES, aka "Lupe," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit: sixty (60) Red Army .223 caliber rounds, and the ammunition was in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

Count 6

On or about June 30, 2021, within the Southern District of California, defendant GUADALUPE MOLINA-FLORES, aka "Lupe," knowingly used and carried a firearm, namely, one (1) Colt .380 semi-automatic pistol with obliterated serial number and two (2) AR-style firearms, with no serial numbers (commonly known as "ghost guns"), during and in relation to, and possessed that firearm in furtherance of, a drug trafficking crime, namely, conspiracy to distribute a methamphetamine, fentanyl and heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as charged in Count 1 of this Indictment, and possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 4 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Count 7

On or about June 30, 2021, within the Southern District of California, defendant CORY GERSHEN did knowingly and intentionally possess, with intent to distribute, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 8

On or about June 30, 2021, within the Southern District of California, defendant CORY GERSHEN knowingly used and carried a firearm, namely, 15 lower receives, 3 upper receivers, with no serial numbers (commonly known as "ghost guns"), during and in relation to, and possessed that firearm in furtherance of, a drug trafficking crime, namely, conspiracy to distribute a methamphetamine, fentanyl and heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as charged in Count 1 of this Indictment, and possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 6 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 through 8 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one and more of the felony offense alleged in Counts 1, 2, 4, and 7 of this Indictment, said violations being

1  punishable by imprisonment for more than one year and pursuant to
2  Title 21, United States Code, Sections 853(a)(1) and 853(a)(2),
3  defendants GUADALUPE MOLINA-FLORES, aka "Lupe," STEPHANIE JOANN
4  HERNANDEZ, aka "JoJo," EMMANUEL BECERRA, aka "E-Man," JEREMY CLAYTON
5  HARRIS, SR., JACK DANIEL MYERS, and CORY GERSHEN shall forfeit to the
6  United States all their rights, title and interest in any and all
7  property constituting, and derived from, any proceeds the defendants
8  obtained, directly and indirectly, as the result of the offenses, and
9  any and all property used and intended to be used in any manner and part
10 to commit and to facilitate the commission of the violations alleged in
11 Counts 1, 2, 4, and 7 of this Indictment.
12     3.  If any of the above-described forfeitable property, as a
13 result of any act or omission of the defendants:
14         a.  cannot be located upon the exercise of due diligence;
15         b.  has been transferred or sold to, or deposited with, a
16             third party;
17         c.  has been placed beyond the jurisdiction of the Court;
18         d.  has been substantially diminished in value; or
19         e.  has been commingled with other property which cannot be
20             subdivided without difficulty;
21 it is the intent of the United States, pursuant to Title 21,
22 United States Code, Section 853(p) to seek forfeiture of any other
23 property of the defendants up to the value of the property listed above
24 as being subject to forfeiture.
25     4.  Upon conviction of one and more of the offenses alleged in
26 Counts 3, 5, and 8 of this Indictment, defendants GUADALUPE MOLINA, aka
27 "Lupe," EMMANUEL BECERRA, aka "E-Man," and CORY GERSHEN, shall forfeit
28 to the United States, pursuant to Title 18, United States Code, Section

924(d), and Title 28, United States Code, Section 2461(c), all of their rights, title, and interest in all firearms and ammunition involved in the commission of the offenses. The firearms and ammunition to be forfeited include, but are not limited to the following: (i) black Colt .380 semi-automatic pistol with obliterated serial number; (ii) two (2) AR-style assault rifles with no serial numbers of markings; (iii) two AR-style magazines; (iv) one Colt .380 semi-automatic pistol magazine; (v) sixty (60) Red Army .223 caliber rounds; (vi) 400 Red Army .223 caliber rounds; (vii) 40 Luger 9mm rounds; (viii) 15 lower receives and 3 upper receives with no serial numbers or markings.

All pursuant to Title 18, United States Code, Section 924, Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

DATED: March 7, 2024.

A TRUE BILL:

TARA K. MCGRATH
United States Attorney

By:
P. KEVIN MOKHTARI
Assistant U.S. Attorney